

ACCEPTED
03-14-00709-CV
4593832
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/23/2015 9:36:45 AM
JEFFREY D. KYLE
CLERK

**DUGGINS WREN MANN & ROMERO, LLP**

One American Center
600 Congress
Suite 1900
Austin, TX 78701

P.O. Box 1149
Austin, TX 78767

p: 512.744.9300
f: 512.744.9399
www.dwmrlaw.com

March 23, 2015

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

3/23/2015 9:36:45 AM

JEFFREY D. KYLE
Clerk

Jeffrey D. Kyle, Clerk
Court of Appeals for the Third District of Texas
209 West 14th Street, Room 101
Austin, Texas  78701

RE:     Court of Appeals Number:  03-14-00709-CV
        Trial Court Case Number:  D-1-GN-13-003434

        *Entergy Texas, Inc. v. Public Utility Commission of Texas et al.*

Dear Mr. Kyle:

    For the Court's consideration in scheduling, please note that I will be out of the country from June 8-18, 2015.

                        Sincerely,

                        Marnie A. McCormick
                        mmccormick@dwmrlaw.com

MAM:alm

cc:     Elizabeth R. B. Sterling
        Sara J. Ferris
        Rex VanMiddlesworth